# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| **DRELIJAH MUHAMMAD,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 06-00315-WS-B** |
| **LEROY DALE,** | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection (Docs. 98 and 99) is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's documents entitled "Clarification" (Doc. 66), "Default Judgment, Freed, Monetary Relief, Requested" (Doc. 74), "Motion to Leave of Court Amend Relief in Plaintiff Favor" (Doc. 75), "Motion to Leave of Court Plaintiff Amend Motion for Objection, and Default Pursuant FRCP 55" (Doc. 76) be and are hereby **DENIED**.

**DONE** and **ORDERED** this 15th day of September, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE