# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **DRELIJAH MUHAMMAD,** | : | |
| Plaintiff, | : | |
| vs. | : | **CIVIL ACTION 06-00315-WS-B** |
| **LEROY DALE,** | : | |
| Defendant. | : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's documents entitled "Clarification" (Doc. 66), "Default Judgment, Freed, Monetary Relief, Requested" (Doc. 74), "Motion to Leave of Court Amend Relief in Plaintiff Favor" (Doc. 75), "Motion to Leave of Court Plaintiff Amend Motion for Objection, and Default Pursuant FRCP 55" (Doc. 76) be and are hereby **DENIED**.

**DONE** and **ORDERED** this 15th day of September, 2008.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE